**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Brandy Stutzman,

               Petitioner

    v.

William Reubart, et. al,

               Respondents

Case No. 2:25-cv-00498-JAD-NJK

**Order Dismissing Case**

[ECF No. 1]

Petitioner Brandy Stutzman seeks to challenge her 2017 state-court conviction. But her federal habeas petition has been improperly commenced. Although 28 U.S.C. § 1915(a)(2) and Local Rules LSR 1-1 and 1-2 require a federal habeas petitioner to use the forms provided by this court for an application to proceed *in forma pauperis* and to attach both an inmate-account statement for the past six months and a properly executed financial certificate, Stutzman has not complied with these requirements. Her application was submitted on the state-court form, and she failed to attach the required support documents.

For this reason, IT IS ORDERED that Stutzman's application for leave to proceed *in forma pauperis* **[ECF No. 1] is DENIED and this case is DISMISSED** without prejudice to the filing of a **new** petition in a **new** action with an IFP application on the proper form with all required attachments. A certificate of appealability is denied because jurists of reason would not find the court's dismissal of this improperly commenced action without prejudice to be debatable or incorrect.

IT FURTHER IS ORDERED that **the Clerk of Court is directed to SEND** petitioner

1  two copies each of an application form to proceed *in forma pauperis* for incarcerated persons and

2  a noncapital Section 2254 habeas petition form, one copy of the instructions for each form, and a

3  copy of the papers that she submitted in this action, and to **CLOSE THIS CASE.**

4     Dated: April 14, 2025

5     _____
      U.S. District Judge Jennifer A. Dorsey

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23